IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Stephen Paul Collette - #186439

_____/

CV 10 80 180 MISC  VRW



**ORDER TO SHOW CAUSE**

It appearing that Stephen Paul Collette has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective June 24, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before August 27, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Stephen Paul Collette
605 W Olympic Blvd Ste 900
Los Angeles, CA 90015