**FILED**

NOV 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80180 MISC VRW

Stephen Paul Collette,

    State Bar No 186439          /          ORDER
_____/

        On July 20, 2010, the court issued an order to show cause (OSC) why Stephen Paul Collette should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective June 24, 2010.

        The OSC was mailed to Mr Collette's address of record with the State Bar on July 21, 2010, and was returned as undeliverable. A written response was due on or before August 27, 2010. No response to the OSC has been filed as of this date.

        The court now orders Stephen Paul Collette removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

                                      VAUGHN R WALKER
                                      United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Case Number: CV10-80180   VRW

Stephen Paul Collette

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Paul Collette
605 W Olympic Blvd Ste 900
Los Angeles, CA 90015

Dated: November 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*